# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

Bridget M. McCormack,
Chief Justice

162041

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

RONALD TINSLEY, VAN BUREN STEEL,
INC., and VAN BUREN PROPERTIES OF
MICHIGAN, LLC,
        Plaintiffs-Appellants,

v

SC: 162041
COA: 349354
Wayne CC: 18-011537-NM

NORMAN YATOOMA and NORMAN
YATOOMA & ASSOCIATES, PC,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the August 13, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



a0317

Clerk